AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the District of Delaware__ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>3/17/2022 | U.S. DISTRICT COURT<br>for the District of Delaware | |
|---|---|---|---|
| PLAINTIFF<br>Bristol-Myers Squibb Co. and E. R. Squibb & Sons, L.L.C. | | DEFENDANT<br>AstraZeneca Pharmaceuticals LP and AstraZeneca UK Ltd. | |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1   See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Case Closed per Stipulation of Dismissal (D.I. 179) SO ORDERED (D.I. 180) on 7/31/2023 by Judge Matthew F Kennelly. |

| CLERK<br>Randall Lohan | (BY) DEPUTY CLERK<br>S. Grimes | DATE<br>07/31/2023 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

|   | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 9,580,505 B2 | 2/28/2017 | E. R. Squibb & Sons, L.L.C. |
| 2 | US 9,580,507 B2 | 2/28/2017 | E. R. Squibb & Sons, L.L.C. |
| 3 | US 10,138,299 B2 | 11/27/2018 | Bristol-Myers Squibb Company |
| 4 | US 10,308,714 B2 | 6/4/2019 | Bristol-Myers Squibb Company |
| 5 | US 10,266,594 B1 | 4/23/2019 | Bristol-Myers Squibb Company |
| 6 | US 10,266,595 B2 | 4/23/2019 | Bristol-Myers Squibb Company |
| 7 | US 10,266,596 B1 | 4/23/2019 | Bristol-Myers Squibb Company |
| 8 | US 10,323,092 B2 | 6/18/2019 | Bristol-Myers Squibb Company |